B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **Charles Patrick Reardon AKA** | : | Case No.: 16-11992 |
| **Charles P. Reardon, AKA Pat** | : | Chapter 13 |
| **Reardon** | : | Judge Beth A. Buchanan |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001 (e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| U.S. Bank Trust National Association as Trustee of Chalet Series III Trust, by and through its mortgage servicing agent SN Servicing Corp., | MTGLQ Investors, L.P |
| Name of Transferee | Name of Transferor |

Name and Address where notices to Transferee should be sent:

SN Servicing Corp.
323 Fifth Street
Eureka, CA 95501

Phone:
Last four Digits of Acct #: 7599

Court claim # (if known): 8-3
Amount of Claim
    Total Debt: $185,000.00

Date Claim Filed: June 16, 2017

Phone:
Last Four Digits of Acct. #: 0210

Name and Address where Transferee payments should be sent (if different from above):

SN Servicing Corp.
323 Fifth Street
Eureka CA 95501

Phone:
Last four Digits of Acct #: 7599

19-000160_JPH2

B 2100A (Form 2100A) (12/15)

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: ___/s/ Adam B. Hall_____    Dated: __01/07/2019_____

Penalty for making a false statement: Fine up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

19-000160_JPH2

B 2100A (Form 2100A) (12/15)

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Transfer of Claim was served **electronically** on the date of filing through the court's ECF System on all ECF participants registered in this case at the email address registered with the court:

Office of U.S. Trustee, Southern District of Ohio, Party of Interest, 36 East Seventh Street, Suite 2030, Cincinnati, OH 45202

Margaret A. Burks, 600 Vine Street, Suite 2200, Cincinnati, OH 45202, cincinnati@cinn13.org

Donald K. Swartz Esq., Attorney for Charles Patrick Reardon AKA Charles P. Reardon, AKA Pat Reardon, 285 E. Main Street, Suite 8, Batavia, OH 45103, Donald.Swartz@SwartzLawOffice.com

and by ordinary U.S. mail on January _7_, 2019 addressed to:

Charles Patrick Reardon AKA Charles P. Reardon, AKA Pat Reardon, 2168 Ireton Trees Road, Moscow, OH 45153-9770

Charles Patrick Reardon AKA Charles P. Reardon, AKA Pat Reardon, 2168 Ireton Trees Rd, Moscow, OH 45153-9770

/s/ Adam B. Hall
Adam B. Hall

19-000160_JPH2